# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDEN FOODS, INC.<br>a Michigan corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE D/B/A EDEN SALT,<br>an unknown individual or entity,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:  C. A. No. 1:22-cv-00409-RGA<br>:<br>:<br>:<br>: |

## PLAINTIFF'S MOTION
## TO CONDUCT LIMITED, EXPEDITED DISCOVERY

Plaintiff seeks leave to serve limited, narrowly-tailored subpoenas prior to a Rule 26(f) conference on certain specifically identified third parties to determine the identities of the John Doe Defendant(s) in this matter. The grounds for this motion are set forth in Plaintiff's accompanying memorandum. Plaintiff asks that such responses be due within 14 days of service, and further that this discovery be without prejudice to Plaintiff's right to seek broader discovery later in this litigation.

**DILWORTH PAXSON LLP**

By: */s/ Thaddeus J. Weaver*
    Thaddeus J. Weaver (Id. No. 2790)
    One Customs House
    704 King Street, Suite 500
    P.O. Box 1031
Dated: April 6, 2022    Wilmington, DE 19899
    (302) 571-8867 (telephone)
    (302) 351-8735 (facsimile)
    tweaver@dilworthlaw.com

122732868-1

and

**WILEY REIN LLP**

By: */s/ Christopher Kelly*
　　Christopher Kelly (Id. No. 2754)
　　2050 M Street, N.W.
　　Washington, D.C. 20036
　　(202) 719-7000 (telephone)
　　(202) 719-7049 (facsimile)
　　ckelly@wiley.law

*Attorneys for Plaintiff Eden Foods, Inc.*