# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDEN FOODS, INC.<br>a Michigan corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOE D/B/A EDEN SALT,<br>an unknown individual or entity,<br><br>　　　　　　　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: 　C. A. No. 1:22-cv-00409-RGA |

## ORDER PERMITTING EXPEDITED DISCOVERY

**AND NOW,** upon consideration of Plaintiff's Motion to Conduct Limited, Expedited Discovery and the memorandum submitted in support therewith; and for good cause shown,

**IT IS HEREBY ORDERED** this  7th  day of          April         , 2022 that Plaintiff's Motion to Conduct Limited, Expedited Discovery is hereby **GRANTED**; and it is further

**ORDERED** that Eden Foods is authorized to issue subpoenas consistent with the discovery outlined in its Motion, to each of: IdeaLegal LLC and/or Andrea Selkregg, Esq.; eNom Inc.; and the Owner of and/or Manager(s) that provide virtual office services at 501 Silverside Road, Wilmington, Delaware 19809 (which Plaintiff currently believes to be Ferm Associates, Davinci Virtual and/or Alliance Virtual); and it is further

**ORDERED** that third party responses to such permitted discovery shall be due within 14 days of service; and

**ORDERED** that the relief granted to Plaintiff is without prejudice to Plaintiff's right to seek additional discovery from the Third-Parties during the course of this litigation.

/s/ Richard G. Andrews
_____
THE HONORABLE RICHARD G. ANDREWS
