IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EDEN FOODS, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 22-409-RGA |
| | : | |
| EARL GEORGE | : | |
| (d/b/a EDEN SALT, INC.), et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

This **5th** day of May 2023, upon consideration of the Magistrate Judge's Report and Recommendation dated April 13, 2023 (D.I. 36), and no objections to the Report and Recommendation having been received, and the Court having reviewed the matter and finding that the Magistrate Judge's Report and Recommendation is legally and factually correct, IT IS HEREBY ORDERED:

1. The Report and Recommendation (D.I. 36) is **ADOPTED**.

2. Plaintiff's motion for entry of default judgment (D.I. 30) is **GRANTED**.

3. Plaintiff is directed to submit a proposed form of judgment consistent with the ruling in the Report and Recommendation.

/s/ Richard G. Andrews
United States District Judge